UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22cr336(2) (DWF/DJF)

United States of America,

          Plaintiff,

v.

Shawnette Lynn Andreasen,

          Defendant.

**ORDER FOR APPOINTMENT OF COUNSEL**

The Court has determined that the defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

IT IS HEREBY ORDERED that Michael Hager, Attorney ID 172662, is appointed as counsel pursuant to 18 U.S.C. § 3006A.

Dated:  July 30, 2024

*s/ John F. Docherty*
John F. Docherty
United States Magistrate Judge