UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CASE MANAGEMENT CONFERENCE

| | |
|---|---|
| United States of America, | COURT MINUTES - CRIMINAL |
| | BEFORE: DULCE J. FOSTER |
| Plaintiff, | U.S. MAGISTRATE JUDGE |
| v. | Case No: 22-cr-0336 (DWF/DJF) |
| | Date: August 28, 2024 |
| | Courthouse: Minneapolis |
| Clinton James Ward (1), | Courtroom: Courtroom 8E |
| Shawnette Lynn Andreasen (2), | Court Reporter: Renee Rogge |
| Jonathon Beau Bailey (3), | Time Commenced: 9:19 AM |
| Vin Chanry (4), | Time Concluded: 9:41 AM |
| James Joseph Graczyk (6), | Time in Court: 22 Minutes |
| Kevin Philip De Rios Havenar (7), | |
| Benjamin Dewayne Johnson (8), | |
| Armando Robert Montero (9), | |
| Joseph Allen Pappenfus (10), | |
| Breezie Lynn Pena (11), | |
| Aaron Michael Teadt (12), | |
| Jimmy Thithavong (13), | |
| Peter Charles Watkins (14), | |
| Nicole Marie Williams (15), | |
| Defendants. | |

**APPEARANCES:**

For Plaintiff USA: Thomas M. Hollenhorst
For Defendant Clinton James Ward (1):  Kurt B. Glaser
For Defendant Shawnette Lynn Andreasen (2):  Michael C. Hager
For Defendant Jonathon Beau Bailey (3):  Jessica L. Rugani
For Defendant Vin Chanry (4):  Matthew J. Mankey
For Defendant Kevin Philip De Rios Havenar (7):  Margaret Gustafson Samec
For Defendant Benjamin Dewayne Johnson (8): Wyatt Arneson
For Defendant Armando Robert Montero (9):  Robert M. Paule
For Defendant Joseph Allen Pappenfus (10):  Lee R. Johnson
For Defendant Breezie Lynn Pena (11):  Steven J. Wright
For Defendant Aaron Michael Teadt (12):  Melvin R. Welch
For Defendant Jimmy Thithavong (13):  Charles F. Clippert
For Defendant Peter Charles Watkins (14):  Andrew M. Irlbeck
For Defendant Nicole Marie Williams (15):  Erica E. Davis

Ryan Pacyga, defense counsel for Defendant James Joseph Graczyk (6), was excused and did not appear.

The Court held a Case Management Conference with counsel only (defendants not present) and discussed the status of discovery, the Second Amended Case Management Order (ECF No. 189) and any additional time needed to produce and review discovery. Based on the government's anticipated disclosures of hundreds of gigabytes of electronic materials, and on the large number of co-defendants in this matter, defense counsel made an oral motion to designate the case as complex for purposes of the Speedy Trial Act. The government did not object. The Court accordingly GRANTED the oral motion and designated the case as complex.

Defense counsel further agreed that a continuance of the pretrial motions and trial deadlines outlined in the Second Amended Case Management Order is necessary, requesting a February 2025 trial deadline and commensurate continuances of the motions deadlines. The government does not object to the proposed continuance.

The Court took Defendants' request for a continuance under advisement and will issue a Third Amended Case Management Order with a new schedule after Defendant Coyle (5) makes his initial appearance, which is currently scheduled for August 28, 2024. If counsel requires more time to prepare and file motions after the Third Amended Case Management Order is issued, all parties should meet and confer and file a coordinated motion.

   s/*LNP*
Courtroom Deputy