UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

### ORDER

United States of America,

                  Plaintiff,

v.

Shawnette Lynn Andreasen,

                  Defendant,

Docket No. 0864 0:22CR00336-002

IT IS HEREBY ORDERED that Shawnette Lynn Andreasen, be released under the same terms and conditions previously imposed on supervised release.

The United States Marshal is ORDERED to keep the defendant in custody until notified by the U.S. Probation and Pretrial Services Office that Andreasen has been admitted into a residential drug treatment program or outpatient with lodging as approved by supervising officer. If still in custody, Andreasen must be produced before the appropriate judge at the time and place specified.

Dated: 12-3-24

Dulce J. Foster
U.S. Magistrate Judge